No. 07-17-00443-CV

| | | |
|---|---|---|
| In Re FDB Pools, Inc. d/b/a Amarillo Custom Pools, Relator | § | Original Proceeding |
| | § | January 2, 2018 |
| | § | Opinion Per Curiam |
| | § | |

# J U D G M E N T

Pursuant to the opinion of the Court dated January 2, 2018, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is hereby denied.

o O o